IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  4:11-cr-017 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO DISMISS |
| JEFFREY SCOTT KEPLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Jeffrey Scott Kepler, through counsel, moves pursuant to Fed.R.Crim.P. 12(b)(2) to dismiss the indictment against him.  In support of this motion, defendant states as follows:

1.     Mr. Kepler has been charged with violations of 18 U.S.C.  §§ 1347 and 2 (Health Care Fraud),  18 U.S.C.  §§ 704(b) and (d) (Stolen Valor)  and  18 U.S.C.  § 1001(a)(2) (False Statements).

2.     On its face, 18 U.S.C. § 704 (count 2) violates Mr. Kepler's First Amendment right of Free Speech.

WHEREFORE, defendant Jeffrey Scott Kepler respectfully requests that the court set this matter for hearing, and, after that hearing, grant this motion and dismiss count 2 of the indictment.

FEDERAL DEFENDER'S OFFICE
400 Locust Street
Suite 340, Capital Square
Des Moines, Iowa 50309-2353
TELEPHONE:  (515) 309-9610
TELEFAX:  (515) 309-9625
E-MAIL: b._john_burns@fd.org


     /s/   B. John Burns
ATTORNEY FOR DEFENDANT


cc:

Craig Gaumer
United States Attorney's Office


ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE
I hereby certify that on April 11, 2011, I electronically
filed this document with the Clerk of Court using the
ECF system which will serve it on the appropriate
parties.
           /s/ B. John Burns
             John Burns